**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FAIR LINES AMERICA FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF COMMERCE and UNITED STATES BUREAU OF THE CENSUS, <br><br> Defendants. | Case No. 1:21-cv-1361-ABJ <br><br> **PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Fair Lines America Foundation, Inc. ("Plaintiff") moves for a Preliminary Injunction against the United States Department of Commerce and the United States Bureau of the Census (collectively "Defendants") to enjoin Defendants from failing to comply with Plaintiff's March 31, 2021 Freedom of Information Act request ("the Request") by withholding non-exempt records under FOIA, 5 U.S.C. § 552, and to order Defendants to produce all responsive non-exempt records and data improperly withheld from the May 25 production within 10 days of the date of the Court's Order, or before August 15, 2021, whichever is earlier. Plaintiff also respectfully requests an order from this Court that Defendants produce all non-exempt responsive records and data from Defendants' identified potentially responsive emails (that have not yet been produced to Plaintiff) as soon as practicable, and order Defendants to produce a *Vaughn* Index specifically describing in detail each record and portion thereof withheld as exempt within the same timeframe.

The present and continuing harms brought about by Defendants' inaction, along with the increasing threat of irreparable harm from their continued delay in light of the impending release

1

of the Census Bureau's "legacy format" data, the redistricting cycle that will immediately follow, and the approaching elections, necessitates this request for preliminary injunctive relief.

This motion is made on the grounds specified in this motion, Plaintiff's brief in support thereof (along with supporting Exhibits), the Complaint (along with supporting Exhibits), and such other and further evidence as may be presented to the Court.

Dated: July 19, 2021

                    Respectfully submitted,

                    <u>/s/ Jason Torchinsky</u>
                    Jason Torchinsky (D.C. Bar No. 976033)
                    jtorchinsky@holtzmanvogel.com
                    Jonathan P. Lienhard (D.C. Bar No. 474253)
                    jlienhard@holtzmanvogel.com
                    Kenneth C. Daines (D.C. Bar No. 1600753)
                    kdaines@holtzmanvogel.com
                    HOLTZMAN VOGEL BARAN TORCHINSKY &
                    JOSEFIAK PLLC
                    15405 John Marshall Highway
                    Haymarket, VA 20169
                    Phone: (540) 341-8808
                    Fax: (540) 341-8809
                    ***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

I do hereby certify that, on this 19th day of July 2021, the foregoing Application for Preliminary Injunction was filed electronically with the Clerk of Court using the CM/ECF system. The system instantaneously generated a Notice of Electronic Filing which served all counsel of record.

/s/ Jason Torchinsky_____
Jason Torchinsky (D.C. Bar No. 976033)
jtorchinsky@holtzmanvogel.com
Jonathan P. Lienhard (D.C. Bar No. 474253)
jlienhard@holtzmanvogel.com
Kenneth C. Daines (D.C. Bar No. 1600753)
kdaines@holtzmanvogel.com
HOLTZMAN VOGEL BARAN TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
Fax: (540) 341-8809
*Counsel for Plaintiff*