IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAIR LINES AMERICA FOUNDATION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civ. A. No. 1:21-cv-01361 (ABJ) |
| UNITED STATES DEPARTMENT OF COMMERCE | ) |
| and | ) |
| UNITED STATES CENSUS BUREAU, | ) |
| Defendants. | ) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's July 29, 2021 minute order, the parties have met and conferred and now jointly submit the following proposed schedule for briefing summary judgment motions in this action. The parties hope that the proposed schedule will allow the Court to resolve this lawsuit, in which Plaintiffs seek disclosure of records in accordance with the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

| Event | Deadline |
|---|---|
| Defendants' Opening Motion for Summary Judgment | **September 10, 2021** |
| Plaintiff's Opposition and Cross-Motion for Summary Judgment | **October 1, 2021** |
| Defendants' Reply and Opposition to Plaintiff's Cross-Motion for Summary Judgment | **October 22, 2021** |
| Plaintiff's Reply to Defendants' Opposition | **November 12, 2021** |

The parties respectfully request that the Court issue an order establishing the proposed schedule for briefing summary judgment in this matter.

Respectfully submitted this 6th day of August, 2021.

/s/ *Jason Torchinsky*
Jason Torchinsky (D.C. Bar No. 976033)
jtorchinsky@holtzmanvogel.com
Kenneth C. Daines (D.C. Bar No. 1600753)
kdaines@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
15405 John Marshall Highway
Haymarket, VA 20169
Phone: (540) 341-8808
**Counsel for Plaintiff**

/s/ *Jonathan D. Kossak*
JONATHAN D. KOSSAK
Trial Attorney (DC Bar # 991478)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel. (202) 305-0612
Fax. (202) 616-8460
Email:  jonathan.kossak@usdoj.gov

**Counsel for Defendants**

## **CERTIFICATE OF SERVICE**

  I hereby certify that I filed the foregoing Joint Proposed Briefing Schedule with the Clerk of the Court through the ECF system on August 6, 2021.  This system provided a copy to and effected service of this document on all parties.

            /s/ *Jonathan D. Kossak*

            JONATHAN D. KOSSAK
            Trial Attorney (DC Bar # 991478)
            United States Department of Justice
            Civil Division, Federal Programs Branch
            1100 L Street, NW
            Washington, D.C. 20005
            Tel. (202) 305-0612
            Fax. (202) 616-8460
            Email:  jonathan.kossak@usdoj.gov

            ***Counsel for Defendants***